In the Matter of JOSEPH LEVINE, Judgment Creditor, Respondent, v. LAURDAN MANAGEMENT CORPORATION, Judgment Debtor, and ALICE GERZOG, Judgment Debtor, Appellant.

Supreme Court, Appellate Term, First Department, April 1, 1943.

*Martin Hersh* for appellant.

*Morris Mitchell* for respondent.

Order affirmed, with ten dollars costs and disbursements.

ROSENMAN and MCLAUGHLIN, JJ., concur; SHIENTAG, J., concurs in memorandum.

SHIENTAG, J. (concurring). I concur. On the present state of the record, we must assume that the wife did not participate in the issuance of the policy of insurance and that no premiums thereon were paid by her.